**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7492**

_____

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

REGINALD JEROME STOWE,

             Defendant – Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:96-cr-00046-FDW-1)

_____

Submitted:  September 28, 2009      Decided:  October 7, 2009

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Reginald Jerome Stowe, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Jerome Stowe appeals the district court's orders denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006), and his post-judgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Stowe</u>, No. 3:96-cr-00046-FDW-1 (W.D.N.C. July 21 & 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>